# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

                                      **DOCKET NO. 3:09CR201**

    **V.**                                              **ORDER**

**MELVIN RAHEEM LURRY**,

---

    **THIS MATTER IS BEFORE THE COURT** on Defendant's Pending Motion, (Doc. No .54 ) Motion to Seal First Step Act Motion (Doc No. 53)

    **IT IS ORDERED**, that Defendant's Motion to Seal (Doc. No.54) is **GRANTED.**

Signed: October 12, 2021

_Frank D. Whitney_
Frank D. Whitney
United States District Judge